1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| ALEMBIC PHARMACEUTICALS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>PURETEK CORPORATION, a California corporation,<br><br>        Defendant. | CASE No. 2:19-cv-02817 DSF (JEMx)<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Hon. Dale S. Fischer, Presiding Judge<br>Hon. James E. McDermott, Magistrate Judge<br><br>Complaint Filed:   April 11, 2019<br>Trial Date:       None |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Parties' Stipulation and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this matter is hereby dismissed with prejudice. The Parties shall bear their own costs.

IT IS SO ORDERED.

DATED: July 3, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE